1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   ANDRE PERKINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-869 SBA |
| Plaintiff, | STIPULATION TO CONTINUANCE; ORDER (AS MODIFIED) |
| v. | |
| ANDRE PERKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference regarding Attorney Appointment Hrg. and supervised release violation, currently set for June 18, 2013, at 9:30 a.m., be vacated and re-set for July 16, 2013 at 9:30 a.m.

The parties recently received discovery related to the pending petition and require additional time to review it. Counsel for Mr. Perkins must also conduct investigation regarding the alleged violations of supervised release.

Date: June 17, 2013                             /s/
                                                ELLEN V. LEONIDA
                                                Assistant Federal Public Defender


Date: June 17, 2013                             /s/
                                                TALIA FALK
                                                Special Assistant United States Attorney


CR 10-869 SBA
Stipulation to Continuance; Order                1

ORDER

The court finds that the requested continuance is necessary. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 16, 2013, at 9:30 a.m., before the Oakland Duty Magistrate.

IT IS SO ORDERED.

6/17/13
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

CR 10-869 SBA
Stipulation to Continuance; Order          2